```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

SHARON LASSETER,

    Plaintiff,
v.                          CASE NO: 8:18-cv-1912-T-33TGW

RESTAURANT DELIVERY DEVELOPERS,
LLC, ET AL.,

    Defendants.
_____/

**ORDER**

    This matter is before the Court sua sponte. On October 30, 2018, this Court entered its FLSA Scheduling Order (Doc. # 25), wherein the Court set forth a time table for Plaintiff to respond to the Court's Interrogatories, for Defendants to file the Verified Summary, and for the parties to engage in a settlement conference. The Court's FLSA Scheduling Order explains that the Verified Summary must include a "[s]ummary of all hours worked by Plaintiff during each relevant pay period, the rate of pay and wages paid, including overtime pay, if any." (Id. at ¶ 3).

    Plaintiff filed her answers to the Court's Interrogatories on December 14, 2018. (Doc. # 31). The Court noted some deficiencies in the Interrogatory Answers and therefore required supplementation. (Doc. # 32). Plaintiff complied with the Court's Order by supplementing her

Interrogatory Answers on December 20, 2018. (Doc. # 33).

At this juncture, the deadline for Defendants to file the required Verified Summary has expired. The Court underscores that the case is scheduled for a mediation with Mark Hanley, Esq. on January 11, 2019. (Doc. # 29). It is imperative that Defendants prepare and file the Verified Summary prior to the mediation.

The Court has previously explained that "[d]ue to the volume of cases based on the FLSA," the Court expects "strict adherence" to the deadlines established in the FLSA scheduling Order and "[f]ailure to comply may result in the imposition of sanctions, including but not limited to the dismissal of the case and the striking of pleadings." (Doc. # 25 at ¶ 10).

So that the parties may engage in a productive settlement conference as scheduled, the Court directs Defendants to file the Verified Summary by **January 10, 2019. Failure to do so will result in the imposition of sanctions.**

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants are directed to file the Verified Summary by **January 10, 2019. Failure to do so will result in the imposition of sanctions.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of January, 2019.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE